IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD BERNARD MITCHELL | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv203 |
| | | CONSOLIDATED WITH |
| DIRECTOR, TDCJ-CID | § | CIVIL ACTION NO. 6:15cv295 |

ORDER OF DISMISSAL

Petitioner Richard Bernard Mitchell, an inmate confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his Smith County convictions for theft and evading arrest. The petitions were referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the petitions for a writ of habeas corpus should be denied. Petitioner has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Petitioner are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #23) is **ADOPTED**. It is further

**ORDERED** that the petitions for a writ of habeas corpus are **DENIED** and the cases are **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is finally

1

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

 **SIGNED this 21st day of January, 2016.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE